LORETO LOMANTO, Respondent, v. STATE OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs.

GEORGE B. MILLER, Respondent v. IRA SMITH, as Sole Executor, etc., of GEORGIANNA MYERS MILLER, Deceased, and Others, Appellants, Impleaded with Others.— Judgment reversed on the ground that the decision is against the weight of evidence, and new trial granted, with costs to appellant to abide the event. All concurred.

Before STATE INDUSTRIAL COMMISSION. In the Matter of the Claim of AUGUSTA VAN WIE, under the Workmen's Compensation Law, etc., v. WRIGHT & COBB LIGHTERAGE COMPANY, Employer.— Decision heretofore made by this court, affirming an award [175 App. Div. 957], and the order entered thereon vacated, and the decision of the State Industral Commission, referred to in said order, annulled. Application to vacate the judgment in favor of the State Industrial Commission, entered in the county of New York, should not be made to this court but to the Special Term in New York county.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM GREENWOOD, Appellant, for Compensation under the Workmen's Compensation Law, v. THE CHAMPLAIN SILK MILLS, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Respondents.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CATHERINE LINGNER, Appellant, for Compensation under the Workmen's Compensation Law, v. JOHN J. McGRATH, Employer, Respondent.— Award unanimously affirmed.

In the Matter of the Probate of the Will of JOHN J. HICKS, Deceased. EXECUTORS, ETC., OF JOHN J. HICKS, Deceased, Appellants; ANNA K. BOWLER and Others, Respondents.— Decree unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARY KRAWCZYK, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of MICHAEL KRAWCZYK, v. JAMES MacNAMARA, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except H. T. Kellogg, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARGARETTA SUMPTER, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of JULIUS SUMPTER, Deceased, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Employer, and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by SARAH C. McGUIRE, Widow of RICHARD McGUIRE, Deceased, Respondent, for the Death of RICHARD McGUIRE, v. YONKERS RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Determination reversed. All concurred, except Cochrane and H. T. Kellogg, JJ., dissenting.